JOHN L. BURRIS, ESQ., SBN 69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882
Email:  John.Burris@johnburrislaw.com

PATRICK BUELNA, ESQ., SBN 317043
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAULIB IKHARO, an individual. | Case No.: 3:19-cv-04138-TSH |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR LIMITED EXTENSION OF FACT DISCOVERY |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the spread of the COVID-19 virus has caused the State of California Governor and the Counties of Alameda and San Francisco to issue a shelter-in-place order that severely limited business and strictly limited contact with other people that commenced March 23, 2020 and has not been lifted;

WHEREAS, the shelter-in-place order has closed the law offices of both parties' counsel and delayed their abilities to conduct discovery;

WHEREAS, Plaintiff's counsel needs additional time to respond to Defendants' written discovery requests under Rule 34 and 33;

WHEREAS, the parties met and conferred and agreed to fact discovery for a week for the limited purpose of Plaintiff serving responses to Defendants' Rule 33 and Rule 34 requests and producing responsive disclosure;

WHEREAS, the current discovery schedule is set as:

Fact Discovery Cut-Off:            July 9, 2020

WHEREAS, the parties propose the following discovery schedule limited to serving responses and responsive disclosures to Defendants written discovery requests:

Fact Discovery Cut-Off:            July 16, 2020


IT IS SO AGREED.

Dated: July 7, 2020                **POINTER & BUELNA, LLP**

                                   ___/s/_Patrick M. Buelna_____
                                   PATRICK M. BUELNA
                                   Attorneys for Plaintiff


Dated: July 7, 2020                **City and County of San Francisco**

                                   ___/s/Hunter Sims_____
                                   HUNTER SIMS
                                   Attorneys for Defendants

**IT IS SO ORDERED.**

DATE: 7/8/2020

_____
**HONORABLE THOMAS S. HIXSON**
**U.S. MAGISTRATE JUDGE**
**NORTHERN DISTRICT OF CALIFORNIA**