1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  HUNTER W. SIMS III, State Bar #266039
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4259
6  Facsimile:    (415) 554-3837
   E-Mail:       hunter.sims@sfcityatty.org

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  SHERIFF VICKY HENNESSY, DEPUTY
   WILLIAM JAMES, DEPUTY NICHOLAS
10 NARANJO, DEPUTY MICHAEL MOHN

FILED

Jan 27 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAULIB IKHARO,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; SHERIFF VICKY HENNESSY, in her capacity as SHERIFF for the CITY AND COUNTY OF SAN FRANCISCO; WILLIAM JAMES, individually and in his capacity as a deputy sheriff for the CITY AND COUNTY OF SAN FRANCISCO; DEPUTY NICHOLAS NARANJO, individually and in his capacity as a deputy sheriff for the CITY AND COUNTY OF SAN FRANCISCO; DEPUTY MICHAEL MOHN, individually and in his capacity as a deputy sheriff for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 4-50, inclusive, individually, jointly, and severally,<br><br>    Defendants. | Case No. 19-cv-04138 TSH<br><br>[~~PROPOSED~~] ORDERING DISMISSING AND WAIVING FEES AND COSTS |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The parties respectfully request that this case be dismissed with prejudice in the above referenced matter.  Both parties agree to bear their own fees and costs.

Dated:  January 26, 2021

          DENNIS J. HERRERA
          City Attorney
          MEREDITH B. OSBORN
          Chief Trial Deputy
          HUNTER W. SIMS III
          Deputy City Attorney

          By: /s/ *Hunter W. Sims III*
          HUNTER W. SIMS III

          Attorneys for Defendants
          CITY AND COUNTY OF SAN FRANCISCO, SHERIFF VICKY HENNESSY, DEPUTY WILLIAM JAMES, DEPUTY NICHOLAS NARANJO, DEPUTY MICHAEL MOHN

Dated:  January 26, 2021        POINTER & BUELNA, LLP

          /s/ *Patrick Buelna*
          PATRICK M. BUELNA
          Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated:  January 27, 2021

          HON. THOMAS S. HIXON
          UNITED STATES MAGISTRATE JUDGE

Proposed Stipulated Dismissal
Ikharo v. CCSF, et al. CASE NO. 19-cv-04138 TSH
2
n:\lit\li2019\190134\01508595.docx